

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | |
|---|---|
| KERRY DEWAYNE LAURY, § | |
| § | |
| *Petitioner/Defendant*, § | |
| § | |
| vs. § | No. 3:93-CR-0003-R (02) |
| § | No. 3:05-CV-0999-R |
| UNITED STATES OF AMERICA, § | |
| § | |
| *Respondent/Plaintiff.* § | |
| § | |

## ORDER

After making the review required by 28 U.S.C. §636(b), this Court is of the opinion that the Findings, Conclusions and Recommendation of United States Magistrate Judge Irma C. Ramirez (filed August 25, 2005) are correct, and they are hereby **ADOPTED** as the Findings of this Court.

It is so **ORDERED**.

SIGNED: September 6, 2005.

_____
JUDGE JERRY BUCHMEYER
SENIOR U.S. DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS